■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES HENDERSON, Appellant. [992 NYS2d 889]—Judgment of resentence, Supreme Court, New York County (Daniel P. FitzGerald, J.), rendered March 2, 2012, resentencing defendant, as a second violent felony offender, to an aggregate term of 18 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*People v Lingle*, 16 NY3d 621 [2011]). Concur—Tom, J.P., Friedman, Acosta, DeGrasse and Gische, JJ.